**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.F., an Individual,

          Plaintiff,

   v.

G6 HOSPITALITY, LLC.

          Defendant.

Case No. 1:23-cv-00879-KG-GBW

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL**

THIS MATTER comes before the Court on the Unopposed Motion to Seal. Having reviewed the unopposed Motion and being otherwise fully advised, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Protected Material identified in the Unopposed Motion to Seal be filed under seal.

/s/ _____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED:

_/s/ Bethany K. Biesenthal_____
Bethany K. Biesenthal

_/s/ Penny Barrick_____
Penny Barrick

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.