IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

A.F.,

     Plaintiff,

v.                                          1:23-cv-00879-KG-GBW

G6 HOSPITALITY LLC,

     Defendant.

## **ORDER**

This matter is before the Court on Defendant's motions to strike Plaintiff's expert opinions, Docs. 141, 144, 147, and 150.  In light of Defendant's late production of documents, the Honorable Gregory Wormuth has authorized limited additional discovery, including supplementation of Plaintiff's expert reports.  *See* Doc. 182 at 15–16.  While that process is ongoing, deciding the merits of the motions to strike would risk relying on an incomplete record.

The Court therefore denies Defendant's motions to strike, Docs. 141, 144, 147, and 150, without prejudice to refiling after completion of the authorized discovery.  If Defendant elects to renew the motions, it shall do so within fourteen (14) days after Plaintiff files a certification that the supplemental discovery is complete.  *See* Doc. 183 at 4–5.  Any response shall be filed within fourteen (14) days thereafter, and any reply within seven (7) days.

     IT IS SO ORDERED.

                                  /s/Kenneth J. Gonzales_____
                                  CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.